# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUSTIN CHANSE RIDER,<br><br>Petitioner,<br>v.<br>ESMERALDA COUNTY SHERIFF,<br><br>Respondent. | Case No. 2:17-cv-02822-RFB-VCF<br><br>ORDER |

Petitioner Justin Chanse Rider filed a *pro se* petition for writ of habeas corpus by a pretrial detainee pursuant to 28 U.S.C. § 2241 (ECF No. 1-1). Respondents filed a motion to dismiss the petition (ECF No. 10). However, respondents failed to include any exhibits whatsoever in support of the motion. Accordingly, respondents shall file a revised motion to dismiss that contains specific citations to the relevant portions of the state-court record, and they shall file those portions of the state-court record as exhibits.

**IT IS THEREFORE ORDERED** that, within **fourteen (14) days** of the date of this order, respondents **SHALL FILE** a revised motion to dismiss, with exhibits, as set forth in this order.

**IT IS FURTHER ORDERED** that state-court record exhibits filed herein by either petitioner or respondents shall be filed with a separate index of exhibits identifying the exhibits by number. The CM/ECF attachments that are filed further shall be identified by the number of the exhibit in the attachment.

**IT IS FURTHER ORDERED** that the parties SHALL SEND courtesy copies of all exhibits in this case to the Clerk of Court, 400 S. Virginia St., Reno, NV, 89501, directed

1

to the attention of "Staff Attorney" on the outside of the mailing address label.  Additionally, in the future, all parties shall provide courtesy copies of any additional exhibits submitted to the court in this case, in the manner described above.

DATED: 21 August 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE